IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT NORTH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-01516-EGS |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

1. Robert J. & Lisa L. Welzel v. United States, Civil No. 1:06-cv-01580-RBW

2. Will H. & Mary Catherine LaRue v. United States, Civil No. 1:06-cv-01495-RBW

3. Bruce R. Travis v. United States, Civil No. 1:06-01584-RCL

4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633-ESH

5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409-RBW

6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525-RMU

7. Roy A. Watson v. United States, Civil No. 1:06-cv-01594-EGS

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also nearly identical to one another.

DATE: November 8, 2006                    Respectfully submitted,

                                           /s/ Nicole M. Stoduto
                                          NICOLE M. STODUTO
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC 20044
                                          Telephone: (202) 616-9785
                                          Facsimile: (202) 514-6966
                                          Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney