IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRANT NORTH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-01516-EGS |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, PROPOSED ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiff *pro se* on the 8th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Grant North
Plaintiff *pro se*
12270 S 2600 W
Riverton, UT 84065

                                                 /s/ Nicole M. Stoduto
                                                 NICOLE M. STODUTO