**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GRANT NORTH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1516 (EGS) |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant's motion to dismiss the complaint.  Plaintiff is proceeding *pro se*.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case."  Id. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss no later than **JANUARY 5, 2007**.  If plaintiff does not respond

within the time provided, the Court will treat the motion as conceded and dismiss the complaint.

**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            December 7, 2006**