IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT NORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 1:06-cv-1516-EGS |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, and PROPOSED ORDER were caused to be served upon Plaintiffs *pro se* on the 25th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

GRANT NORTH
Plaintiff *Pro Se*
12279 S 2600 W
Riverton, UT 84065

    /s/ Nicole M. Stoduto
NICOLE M. STODUTO