UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRANT NORTH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. )<br> ) | Civil Action No. 06-1516 (EGS) |

### ORDER

Plaintiff filed his original complaint in this action on August 25, 2006, and on November 8, 2006, the defendant filed a motion to dismiss. Plaintiff thereafter filed an amended complaint on January 8, 2007. The defendant has now filed a motion to dismiss the amended complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro se* in this case.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a

memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is hereby

**ORDERED** that the defendant's motion to dismiss the original complaint in this matter [Dkt. No. 3] is **DENIED AS MOOT,** as plaintiff has since amended his complaint and defendant has filed a motion to dismiss the amended complaint; and it is

**FURTHER ORDERED** that plaintiff shall respond to defendant's motion to dismiss the amended complaint [Dkt. No. 6] no later than **February 23, 2007.**  If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **January 30, 2007**