IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT NORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Civil No. 1:06-cv-1516-EGS |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007                                  Respectfully submitted,

                                                          /s/ Anne E. Blaess
                                                         ANNE E. BLAESS
                                                         Trial Attorney, Tax Division
                                                         U.S. Department of Justice
                                                         Post Office Box 227
                                                         Ben Franklin Station
                                                         Washington, D.C. 20044
                                                         Telephone: (202) 616-9806
                                                         Facsimile: (202) 514-6866
                                                         Email: Anne.E.Blaess@usdoj.gov