IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRANT NORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-1516-EGS |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

GRANT NORTH
Plaintiff *pro se*
12270 S 2600 W
Riverton, UT 84065

/s/ Anne E. Blaess
ANNE E. BLAESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT NORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Civil No. 1:06-cv-1516-EGS |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

GRANT NORTH
Plaintiff *pro se*
12270 S 2600 W
Riverton, UT 84065

/s/ Anne E. Blaess
ANNE E. BLAESS