**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GRANT NORTH            )<br>                       )<br>         Plaintiff, )<br>                       )<br>     v.                )  Civil Action No. 06-1516 (EGS)<br>                       )<br>UNITED STATES          )<br>                       )<br>         Defendant.    )<br>                       ) | |

### ORDER

Pending before the Court is defendant's Motion to Dismiss Amended Complaint. By Order of this Court dated January 30, 2007, plaintiff was directed to respond to the defendant's motion by no later than February 23, 2007. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiff was advised that, in the event plaintiff fails to respond to the motion, the Court may treat the motion as conceded and dismiss plaintiff's complaint. To date, plaintiff has not filed a response to the Court's order or to the defendant's motion to dismiss. Accordingly, it is

**ORDERED** that defendant's Motion to Dismiss Amended Complaint is **GRANTED;** and it is

**FURTHER ORDERED** that plaintiff's case is **DISMISSED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff. This is a final appealable order. *See* Fed. R. App. P. 4(a).

 SO ORDERED.


Signed:    Emmet G. Sullivan
           United States District Judge
           March 2, 2007