UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRANT NORTH
    Plaintiff,

v.

Civil Action No. 06-1516

UNITED STATES
    Defendant

**JUDGMENT
FOR DEFENDANT**

This Cause having been considered by the Court on Defendant's Motion to Dismiss Amended Complaint, before the Honorable Emmet G. Sullivan, Judge presiding, and the plaintiff failing to respond to defendant's motion to dismiss and the court having rendered its decision granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of the defendants and against plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: March 2, 2007

By: _____
Carol Votteler, Deputy Clerk