**RECEIVED**
MAR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
IN THE DISTRICT OF COLUMBIA

, Grant North

                                        Case No. 1:06-cv-01516 EGS

            Plaintiff(s),

v.

United States

            Defendant.

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff is not an attorney and has been unable to complete a response to defendants' motion. Plaintiff therefore moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous complex issues beyond the understanding of the plaintiffs as grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion. Defendant will not be prejudiced by such enlargement of time.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: 2-28-07 , 2007

_Grant North_
Grant North

CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated 2-28-07 , 2007

*Grant North*
Grant North