**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GRANT NORTH, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES, )<br>)<br>   Defendant. )<br> ) | Civil Action No. 06-1516 (EGS) |

**ORDER**

Pending before the Court is pro se plaintiff's motion for extension of time to file a response to defendant's motion to dismiss. As this motion was filed after the Court granted defendant's motion to dismiss, and judgment has already been entered against plaintiff, the Court will construe plaintiff's motion as a motion for extension of time to file a motion to amend the judgment. Accordingly, it is

**ORDERED** that plaintiff's motion, so construed, is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's motion to amend the judgment pursuant to Federal Rule of Civil Procedure 60(b) is due no later than **MAY 2, 2007**.

    **SO ORDERED.**

**Signed:   Emmet G. Sullivan
         United States District Judge
         April 2, 2007**