**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GRANT NORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1516 (EGS) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is pro se plaintiff's motion for extension of time to respond to the court's order to file a response to defendant's motion to dismiss [Dkt. No. 14]. As this motion was filed after the Court granted defendant's motion to dismiss, and judgment has already been entered against plaintiff and the case closed, it is by the Court hereby

**ORDERED** that plaintiff's motion for extension of time is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that any request for reconsideration that the plaintiff wishes to file must comply with the requirements of Rule 60 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**            United States District Judge**
**            May 25, 2007**